UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-340 (RMC)** |
| v. | : | GRAND JURY ORIGINAL |
| **ERIC JEREL SCOTT,** | : | VIOLATIONS: 21 U.S.C. §843(b) |
| **Defendant.** | : | (Unlawful Use of a Communications Facility); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More of |
| | : | Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Distribution of Cocaine Base Within |
| | : | 1000 Feet of a School); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or More |
| | : | of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Phencyclidine) |

**S U P E R S E D I N G   I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about July 20, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT TWO

On or about July 20, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

>(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT THREE

On or about July 20, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Myrtilla Miner Elementary School, a public elementary school in the District of Columbia.

>(**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT FOUR

On or about July 27, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

>(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT FIVE

On or about July 27, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT SIX

On or about July 27, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Edison Friendship Junior Academy, a public elementary school in the District of Columbia.

> (**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT SEVEN

On or about August 5, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

### COUNT EIGHT

On or about August 5, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

### COUNT NINE

On or about October 8, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession With Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TEN

On or about October 8, 2005, within the District of Columbia, **ERIC JEREL SCOTT**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Possession With Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.