# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-340 | MAGIS. NO: |
| V.<br>ERIC JEREL SCOTT | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Eric Jerel Scott | FILED<br>JUN 0 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:         PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL USE OF A COMMUNICATIONS FACILITY;
UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL;
UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE PHENCYCLIDINE

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:843(b); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:860(a); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); and 21:841(a)(1) and 841(b)(1)(C)

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE KAY | DATE ISSUED:<br>11/8/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>11/8/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 11-8-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 6-2-06 | Sean McLeod  SDUSM | |
| HIDTA CASE: | Yes   No  X | | OCDETF CASE:   Yes   No  X |