# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-340 (RMC)** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIC JEREL SCOTT** | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

     The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is now assigned to

Assistant United States Attorney G. Michael Harvey at telephone number (202) 305-2195 and/or

email address:  Michael.Harvey2@usdoj.gov.  Mr. Harvey will replace AUSA Barry Wiegand in

this matter.

                           Respectfully submitted,

                           KENNETH L. WAINSTEIN
                           United States Attorney
                           Bar No. 451058

_____

G. Michael Harvey
Assistant United States Attorney
Major Crimes Section, DC Bar # 447465
555 4th Street, N.W.  #4243
Washington, DC 20001
(202) 305-2195; Fax: (202) 616-3782