IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 05-cr-340 (RMC) |
| **ERIC SCOTT** | : | |

DEFENDANT'S UNOPPOSED MOTION FOR TRANSFER
TO CENTRAL TREATMENT FACILITY

Eric Scott, through undersigned counsel, respectfully seeks a Court Order that he be transferred immediately from the Central Detention Facility (D.C. Jail) to the Central Treatment Facility (CTF). In support of this motion counsel states the following:

1. Mr. Scott is before the Court having plead guilty to one count of unlawful possession distribution of 50 grams or more of cocaine base. The alleged offense arises from events to took place in July of 2005.

2. Mr. Scott was ordered to be held pending his sentencing scheduled for October 19, 2006.

3. At the disposition hearing held on August 2, 2006, this Honorable Court stated that Mr. Scott may be transferred to the Central Treatment Facility. Undersigned Counsel informed the Court that the present motion would be forthcoming.

4. The Government stated in open court that they do not oppose this request.

CONCLUSION

For these reasons Mr. Scott respectfully requests that the Court order that he be transferred to the Central Treatment Facility pending sentencing.

Respectfully submitted,

_____
Douglas J. Wood
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing bond review motion has been sent by mail, on this _____ day of August, 2006, to:

AUSA G. Michael Harvey
Office of the United States Attorney
USDC Trial Division
555 Fourth Street, NW
Washington, D.C. 20530

_____
Douglas J. Wood