IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 05-cr-340 (RMC) |
| **ERIC SCOTT** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion for Transfer to Central Treatment Facility, it is this _____ day of _____ 2006, hereby

ORDERED that the motion is granted, and that the District of Columbia Department of Corrections transfer Eric Scott (DCDC # 298-538, DOB 3/12/74) from the D.C. Jail to the Central Treatment Facility. .

_____
JUDGE

cc:   Douglas J. Wood
    Roberts & Wood
    6801 Kenilworth Avenue
    Suite 202
    Riverdale, MD 20737

    AUSA G. Michael Harvey
    Office of the United States Attorney
    555 4th Street NW
    Washington, D.C. 20530