UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Eric Jerel Scott

Criminal No. 05-340

**WAIVER OF TRIAL BY JURY**

**FILED**

AUG - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States Attorney

**APPROVED:**

_____
United States District Judge

Dated: 2 August 2006