IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES       :

v.                  :       05-cr-340 (RMC)

ERIC SCOTT          :

**FILED**
**AUG 14 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Motion for Transfer to Central Treatment Facility, it is this 10th day of August 2006, hereby

ORDERED that the motion is granted, and that the District of Columbia Department of Corrections transfer Eric Scott (DCDC # 298-538, DOB 3/12/74) from the D.C. Jail to the Central Treatment Facility. .

_____
JUDGE

cc:   Douglas J. Wood
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA G. Michael Harvey
      Office of the United States Attorney
      555 4th Street NW
      Washington, D.C. 20530