UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

                                    :

vs.                                 :    Case No. CR-05-340

                                    :

ERIC JEREL SCOTT                    :

DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

The defendant, through his attorney, submits the following memorandum in aid of sentencing, now scheduled for October 19, 2006.

1. The defendant does not disagree with the calculations and information submitted in the Presentence Investigation Report.

2. The defendant entered into an early disposition of this case because he was sincerely remorseful for his conduct.  As pointed out in the Presentence report Mr. Scott was paroled on July 19, 2002, after serving almost ten years in jail for a previous conviction.  Once Mr. Scott returned to the community he found it difficult to adjust in terms of finding full-time employment. He went to prison at a very young age and spent most of his formative years in an environment that warehoused him but taught him little. Those ten years did little to assist Mr. Scott

upon his return to the community. When he was paroled he found himself with no

job skills and little to offer employers. He also did not have a family to assist him

upon his return as his parents were both drug abusers.  With this background Mr.

Scott, despite a sincere desire to do well in the community, became increasingly

frustrated and resorted to a selling drugs to simply support himself.

Counsel has listened to Mr. Scott's remorse for his behavior and his

reasoning for involving himself in this criminal conduct and honestly believes that

Mr. Scott is a perfect example of someone who did not have the skills to overcome

the obstacles that life presented him with. Mr. Scott wants nothing more to receive

assistance for his lack of skills and his ties to the drug culture.

Counsel and Mr. Scott understand  that Mr. Scott, based on the plea, will

have to be sentenced to a minimum of 120 months in jail, which is only 15 months

below the minimum of the guidelines. Given that this conviction will cause Mr.

Scott to serve a lengthy period of incarceration and given that he has additional

time to serve should his Maryland parole be violated, it is our recommendation that

this Court sentence Mr. Scott to the 120 month minimum. When the Court applies

the guidance of 18U.S.C. 3553(a)(2) to this case, a 120 month sentence more than

accounts for the seriousness of the crime, the desire to promote a respect for the

law, the need to punish, the need to deter Mr. Scott and others, the need to protect

the public and the need to provide Mr. Scott educational and vocational training.

Given the small difference between the 120 month minimum and the 135 month

sentence recommended by the government, it is more appropriate to sentence Mr.

Scott to the minimum 120 months.

Respectfully, the defendant would request that this Court follow the

recommendation of this memorandum

Respectfully,


_____
Douglas J. Wood
Suite 202
6801 Kenilworth Avenue
Riverdale, Maryland - 20737
(301) 699-0764


CERTIFICATE OF SERVICE

I do hereby certify that a copy of this pleading has been mailed and faxed to
G. Michael Harvey, Assistant United States Attorney, 555 4th Street, N.W.,
Washington, D.C. - 20001, this 18th day of October, 2006.


_____
Douglas J. Wood