UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 05-340 (RMC) |
| ) | |
| ERIC JEREL SCOTT ) | |
| ) | |
| Defendant. ) | |

### ORDER TO CLARIFY SENTENCE ON COUNT 8

The Defendant in this matter was sentenced by the Court on October 19, 2005. Due to a scrivener's error on the Sentencing Format, but not elsewhere in the Presentence Investigation Report, the Court inadvertently stated that the Defendant was being sentenced for his plea of guilty to Count 9 of the Superseding Indictment. This was in error. The Defendant entered a plea of guilty to Count 8, Unlawful Distribution of 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii). The error was discovered when the Judgment was prepared. The Court enters this Order to clarify that the Defendant was sentenced for a term of 135 months on Count 8 and not Count 9.

SO ORDERED.

ROSEMARY M. COLLYER
United States District Judge

DATE: 27 October 2006