United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 05-340 (RMC)
)
Eric Jerel Scott )

## NOTICE OF APPEAL

**FILED**

**NOV 7 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant: Eric Jerel Scott
Custody of Bureau of Prisons
Currently in D.C. Jail
1901 D Street SE
Washington D.C. 20032

Name and address of appellant's attorney: Douglas J. Wood, Esq.
6801 Kenilworth Ave.
Suite 202
Riverdale, Md 20737

Offense: Unlawful Distribution of 50 Grams or More of Cocaine Base

Concise statement of judgment or order, giving date, and any sentence: On October 30, 2006, the Honorable Judge Rosemary M. Collyer enterdd the judgement that Eric Jerel Scott be sentenced to 135 months of imprisonment and 60 months of supervised release.

Name and institution where now confined, if not on bail: Central Detention Center for the District of Columbia, 1901 D Street SE, Washinton D.C. 20032

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

11-7-06
DATE

Eric Jerel Scott
APPELLANT

Douglas J. Wood Esq.
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?          YES [ ]   NO [X]
Has counsel ordered transcripts?                YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [X]   NO [ ]

