# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-3164**  September Term, 2006

05cr00340-02

Filed On:

United States of America,
    Appellee

v.

Eric Jerel Scott,
    Appellant

FILED
JUL 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   MAY - 9 2007

CLERK

**ORDER**

By order filed January 5, 2007, appellant was directed to either pay the $455.00 appellate docketing and filing fees to the Clerk, U.S. District Court for the District of Columbia or file a motion in district court for leave to proceed in forma pauperis, by February 5, 2007. The order was sent to appellant by warden letter. Appellant received and signed for the order on January 11, 2007. To date, appellant has not complied with the court's January 5, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/5/07
BY: _____ Deputy Clerk
ATTACHED: __ Amending Order
           __ Opinion
           __ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk