AO 245    Order Regarding Motion for Sentence Reduction
Sheet 1

UNITED STATES DISTRICT COURT
District of

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

V.

ERIC JEREL SCOTT

Case Number: CR 05-340 (RMC)
USM Number: 27085-016

**Date of Original Judgment:** Oct. 30, 2006
(Or Date of Last Amended Judgment)

Mary M. Petras
Defendant's Attorney

Upon motion of  X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of 135 months is reduced to term of 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level: 31            Amended Offense Level: 29
  Criminal History Category: III      Criminal History Category: III
Previous Guideline Range: 135 to 168 months    Amended Guideline Range: 108 to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the
    time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

_____        _____
    Date                        Signature of Judge

                                _____
                                Name and Title of Judge