♦AO 245___  Order Regarding Motion for Sentence Reduction
          Sheet 1

UNITED STATES DISTRICT COURT
District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| V. | **FILED** MAR 19 2008 |
| ERIC JEREL SCOTT | Case Number: CR 05-340 (RMC)  NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| | USM Number: 27085-016 |
| Date of Original Judgment: Oct. 30, 2006 (Or Date of Last Amended Judgment) | Mary M. Petras Defendant's Attorney |

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of
    _135_ months is reduced to <u>term of 120 months</u>.

**I. COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level: _31_                      Amended Offense Level: _29_
    Criminal History Category: III                   Criminal History Category: _III_
Previous Guideline Range: _135_ to _168_ months    Amended Guideline Range: _108_ to _135_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated _10/30/06_ shall remain in effect.
**IT IS SO ORDERED.**

_3/18/08_
Date

_[signature]_
Signature of Judge

Rosemary M Collyer, District Court Judge
Name and Title of Judge

DDC